UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL H. YOUNG, ) <br> ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 6:24-CR-25-CHB-HAI <br><br> **ORDER ADOPTING RECOMMENDED DISPOSITION ON COMPETENCY** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram [R. 63]. The Recommended Disposition addresses whether Defendant Samuel H. Young is competent to proceed to trial pursuant to 18 U.S.C. § 4241 and 4247(d).

After reviewing the competency evaluation by Dr. Haley Wentowski, Psy. D. [R. 61] and conducting a hearing, Magistrate Judge Hanly A. Ingram concluded, in accordance with the competency evaluation, that "Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense." [R. 63, p. 5]. The Magistrate Judge recommended that the undersigned find the defendant is competent to face further proceedings, including trial, in this matter. *Id.*

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

(1985). Parties who fail to object to a magistrate judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Judge Ingram's Recommended Disposition advised the parties that any objections must be filed within five (5) days. [R. 63, p. 5]. The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so. *See id.*; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [**R. 63**] is **ADOPTED** as the opinion of this Court.

2. The Court **FINDS** that Defendant Samuel H. Young is competent to face further proceedings in this matter.

3. The time between August 23, 2024 (the date of the filing of the Motion for Competency Examination and Hearing) and **the date of this Order** (finding the defendant mentally competent) is **DECLARED** excludable pursuant to 18 U.S.C. § 3161(h)(1)(A); (h)(1)(D); (h)(1)(H). The Court **FINDS** that the period of delay results from a proceeding or examination to determine the mental competency of a defendant and is therefore excludable pursuant to 18 U.S.C. § 3161(h)(1)(A); (h)(1)(D); (h)(1)(H).

This the 13th day of November, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY