UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:24-CR-025-CHB |
| ) | |
| v. ) | |
| ) | **MEMORANDUM OPINION AND** |
| SAMUEL H. YOUNG, ) | **ORDER** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a letter from Defendant Samuel H. Young, dated February 12, 2025 and received by the Court on February 21, 2025. In the letter, Defendant states that he is "prepared to file any motion [he] need[s] to defend [his] case," but he "would like to know the decision based on [his] [S]econd [A]mendment motion." The Court will direct the Clerk's Office to docket the letter. However, Defendant's letter is procedurally improper, for the reason set forth below.

To the extent Defendant seeks legal relief in this criminal case, the defendant must file a formal motion with the Court. The motion "must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it." Local Criminal Rule ("LCrR") 47.1(a). Letters addressed to the presiding judge are not appropriate and do not satisfy this rule.

Defendant's Motion to Dismiss the Indictment, [R. 30], is currently pending before this Court. Once the Motion has been ruled upon by the Court, the United States will have the opportunity to respond to Defendant's pending Motion for Extension of Time to File Defensive Motions, [R. 77], so long as the Court does not dismiss Defendant's Indictment in its order.

For this reason, the Court will direct the Clerk's Office to file Defendant's letter in the record, but the letter is procedurally improper. Accordingly, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Clerk of Court is **DIRECTED** to file Defendant's letter in the record.

2. That said, to the extent that Defendant's letter seeks relief from this Court, that request is **DENIED without prejudice**.

3. Defendant is advised that, if he seeks legal relief, he should file a formal motion with the Court, rather than send letters directly to the presiding judge.

This the 21st day of February, 2025.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY